JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | No. CV 11-02926 R (FFMx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CHWC, INC. dba CRAZY HORSE RESTAURANT; and RUDY MARTINEZ, JR., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

The Court having entered an Order Granting Summary Judgment in favor of plaintiff The Burlington Insurance Company on December 19, 2011.

IT IS ORDERED, ADJUDGED AND DECREED that JUDGMENT is HEREBY entered in favor of Plaintiff and Counterdefendant The Burlington Insurance Company and against Defendant and Counterclaimant Rudy Martinez, Jr., as follows:

1.     The Assault or Battery exclusion in Burlington policy number 181BW09888 between Burlington and CHWC, Inc. dba Crazy Horse Restaurant and Nightclub bars all coverage and all potential coverage for the lawsuit in the California Superior Court for the County of Los Angeles captioned *Rudy Martinez Jr. v. CHWC, Inc. dba Crazy Horse Restaurant and Nightclub*, Case No. KC055423 H (the "Underlying Action");

2.     The Burlington Insurance Company never had any duty to defend CHWC, Inc. dba Crazy Horse Restaurant and Nightclub in the Underlying Action;

3.     The Burlington Insurance Company has no duty to indemnify CHWC, Inc. dba Crazy Horse Restaurant and Nightclub for the judgment in the Underlying Action;

4.     The Burlington Insurance Company has no duty to pay Rudy Martinez, Jr. any portion of the judgment in the Underlying Action;

5.     Defendant and Counterclaimant Rudy Martinez Jr. takes nothing and his counterclaim is dismissed with prejudice; and

6.     Plaintiff is to recover its costs of suit.

Dated: January 20, 2012

_____
Hon. Manuel L. Real
United States District Judge