UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | No. CV 11-02926 R (FFMx) |
| Plaintiff, | JUDGMENT |
| vs. | |
| CHWC, INC. dba CRAZY HORSE RESTAURANT; and RUDY MARTINEZ, JR., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A declaratory judgment is entered in favor of plaintiff The Burlington Insurance Company ("Burlington") and against defendant CHWC, INC. dba Crazy Horse Restaurant ("CHWC") as follows:

1. The Assault or Battery exclusion in Burlington policy number 181BW09888 between Burlington and CHWC bars all coverage and all potential coverage for the lawsuit in the California Superior Court for the County of Los Angeles captioned *Rudy Martinez Jr. v. CHWC, Inc. dba Crazy Horse Restaurant and Nightclub*, Case No. KC055423 H (the "Underlying Action");

- 1 -

    2.     Burlington never had any duty to defend CHWC in the Underlying Action; and

    3.     Burlington has no duty to indemnify CHWC for the judgment in the Underlying Action.

Dated:  March 5, 2012

_____
Hon. Manuel L. Real
United States District Judge

- 2 -